IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REGINALD BEVERLY, and RONALD BEVERLY,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CHUCK CASEY, JOHN BAHLE, JASON SLOSSON, DOUG HEROUT, SGT. RUSS HORINE, and CITY OF OMAHA,  )<br>)<br>)<br>)<br>Defendants.  ) | 8:05CV393<br><br>ORDER OF RECUSAL<br>REASSIGNMENT ORDER |

### RECUSAL

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).  SO ORDERED.

### REASSIGNMENT

IT IS FURTHER ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 31st day of January, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE