# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **REGINALD BEVERLY, an incapacitated person, by RONALD BEVERLY, Conservator,** | **CASE NO. 8:05CV393** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **CHUCK CASEY, JOHN BAHLE, JASON SLOSSON, DOUG HEROUT, and SGT. RUSS HORINE, Individually and in their official capacities as police officers for the City of Omaha, and the CITY OF OMAHA, Individually,** | |
| **Defendants.** | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time (Filing No. 34) to respond to the Defendants' Motion for Summary Judgment (Filing No. 31). The Defendants have not opposed the Plaintiff's request for additional time. For the reasons stated in the Motion, the Plaintiff will be granted an additional thirty (30) days from the original response date, December 26, 2006, and shall file any responsive brief and index of evidence in opposition to the Defendants' Motion for Summary Judgment on or before January 25, 2007.

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time to respond to the Defendants' Motion for Summary Judgment (Filing No. 31) is granted in part and denied in part;

2. The Plaintiff shall file any responsive brief and index of evidence in opposition to the Defendants' Motion for Summary Judgment on or before January 25, 2007; and

3.  The Magistrate Judge assigned to this case will address the Plaintiff's request for modification of the Progression Order.

DATED this 17th day of January, 2007.

BY THE COURT

s/Laurie Smith Camp
United States District Judge